ACCEPTED
03-15-00284-CR
7216698
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/2/2015 6:42:50 PM
JEFFREY D. KYLE
CLERK

## CAUSE NUMBER 03—15—00284—CR

| | | |
|---|---|---|
| EX PARTE | X | IN THE COURT OF APPEALS |
| | X | |
| | X | THIRD COURT OF APPEALS |
| | X | |
| LEONARD RAY BARKER | X | STATE OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/2/2015 6:42:50 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S THIRD MOTION TO EXTEND TIME FOR FILING OF APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW THE APPELLANT, by and through his appointed attorney of record, Paul M. Evans, in the above entitled and numbered cause, and moves this Court, to grant the Appellant's Third Motion to Extend Time for Filing Appellant's Brief, and, in support thereof, would show the Court as follows:

### I.

Appellant's Brief was due before this Court on September 21, 2015. A second Motion to Extend Time was filed on August 24, 2015, and granted the following day. Prior to that, a Motion to Extend Time was filed on July 13, 2015, and granted the following day.

### II.

The undersigned counsel has tendered a completed Appellant's Brief to this Honorable Court on this same date and would respectfully request

that it be considered timely filed. Counsel encountered more difficulty than he had anticipated in framing the issues at hand and committing them to writing. Counsel avers that he has completed the Appellant's Brief at the earliest practicable opportunity.

III.

This Motion is not made for purposes of delay, but so that justice might be served.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Court, upon good cause shown, grant the Appellant's Third Motion to Extend Time for Filing Appellant's Brief.

Respectfully submitted,
Law Office of Paul M. Evans
811 Nueces Street
Austin, Texas  78701
(512) 569-1418
(512) 692-8002 FAX

_/s/ Paul M. Evans_____
 PAUL M. EVANS
SBN 24038885
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was delivered by facsimile unto the office of the prosecuting attorney for the State of Texas—the Travis County District Attorney, mailing address P.O. Box 1748, Austin, TX, 78767, physical address 509 W. 11th Street, Austin, TX, 78701—on this the 2nd day of October, 2015.

_/s/ Paul M. Evans_____
PAUL M. EVANS

## CERTIFICATE OF COMPLIANCE

I hereby certify that the present document contains 370 words, all contents included.

_/s/ Paul M. Evans_____
PAUL M. EVANS